# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 05, 2024

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number:  21-10120-JJ   ; 21-10121 -JJ
Case Style: Ami Dunn v. Global Trust Management, LLC, et al
District Court Docket No: 8:19-cv-02223-WFJ-AAS

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-10120

_____

AMI DUNN,

Plaintiff-Appellee,

*versus*

GLOBAL TRUST MANAGEMENT, LLC,
FRANK TORRES,

Defendants-Appellants.

_____

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:19-cv-02223-WFJ-AAS

_____

_____

No. 21-10121

ISSUED AS MANDATE 11/5/2024

2                                                    21-10120

_____

ASHANTI MCINTOSH,

                                    Plaintiff-Appellee,

*versus*

GLOBAL TRUST MANAGEMENT, LLC,
FRANK TORRES,

                                    Defendants-Appellants.

_____

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:19-cv-02532-WFJ-AEP

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued
on this date in this appeal is entered as the judgment of this Court.

Entered: October 3, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE 11/5/2024